UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF LOUISIANA

JASON C. ADAMS                                CASE NO.: 22-10968

## EMERGENCY MOTION TO LIFT BANKRUPTCY STAY

**NOW INTO COURT,** through undersigned counsel, come movers, Brett Lirette and Diana King, who respectfully move this Honorable Court for an emergency Order lifting the automatic stay, for the following reasons:

1.

Jason C. Adams filed a Chapter 7, Voluntary Petition for Individuals Filing for Bankruptcy, on August 26, 2022.

2.

Brett Lirette and Diana King are listed creditors.

3.

Brett Lirette filed his original Petition for Damages against Defendant, Jason C. Adams, and other defendants om May 27, 2016. Diana King was later added as an additional plaintiff. Brett Lirette and Diana King are the father and mother of Kristi Lirette.

4.

On May 4, 2016, Kristi Lirette was killed as a passenger in a 2015 Lamborghini vehicle driven by Defendant, Jason C. Adams.

5.

Defendant, Jason C. Adams, was driving the 2015 Lamborghini vehicle at speeds up to 118 miles per hour on Tchoupitoulas Street in New Orleans while intoxicated.

6.

Defendant, Jason C. Adams, hit the curve and Tchoupitoulas Street and then the flood wall killing his guest passenger, Kristi Lirette.

7.

On April 30, 2108, Defendant, Jason C. Adams, pled guilty to the crime of vehicular homicide and admitted to diving the vehicle at a high rate of speed, crashing the vehicle in to the flood wall, killing Kristi Lirette, and being under the influence of alcohol with a blood alcohol content of .11. (Please see attached Exhibits A and B).

8.

This matter has been pending for more than six (6) years and was set for trial to begin on Monday, August 29, 2022. However and only the eve of the trial, Defendant, Jason C. Adams, filed the bankruptcy petition on Friday, August 29. 2022.

9.

The undersigned were not provided a copy of any of the bankruptcy pleadings but learned of the bankruptcy when the Orleans Parish Judge's office called us to notify us that they had received a bankruptcy filing and stay order.

10.

Under 11 U.S.C.A Section 523(a)(9) Defendant, Jason C. Adams, cannot be discharge from any debts "for death or personal injury caused by the debtor's operation of a motor vehicle, vessel, or aircraft if such operation was unlawful because the debtor was intoxicated from using alcohol, a drug, or another substance" and "for willful and malicious injury by the debtor to another entity or to the property of another entity." [The punitive damages, which may be awarded under Article

2315 of the Louisiana Civil Code are also non-dischargeable. *Cohen v. De La Cruz*, 523 U.S. 213 (1998).]

11.

There is no prejudice to the Bankruptcy Court in lifting the stay and allowing the trial to proceed on August 29, 2022, as the judgment and damages would be then ascertained as to certain amounts; and the Bankruptcy Court could then proceed forward with the determination and disposition of all claims, debts, and judgments thereafter.

**WHEREFORE**, Movers, Brett Lirette and Diana King, pray for an emergency Order lifting the bankruptcy stay and allowing the jury trial to proceed as scheduled beginning on Monday, August 29, 2022, in the matter Brett Lirette and Diana King versus Jason C. Adams, et al, Docket No. 16-5383 in the Civil District Court, Parish of Orleans, State of Louisiana.

Respectfully submitted,

DUDLEY DEBOSIER INJURY LAWYERS

/s/ Adras Paul LaBorde, III
**ADRAS PAUL LABORDE, III, Bar #21580**
1075 Government Street
Baton Rouge, Louisiana 70802
Telephone: (225) 478-4122
Facsimile: (225) 478-4172

Counsel for Movers, Brett Lirette
and Diana King

## CERTIFICATE OF SERVICE

I hereby certify that on 26th day of August, 2022, a copy of the foregoing Emergency Moton to Lift Bankruptcy Stay was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by e-mail to all parties and counsel for all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Adras Paul LaBorde, III
**ADRAS PAUL LABORDE, III, Bar #21580**
1075 Government Street
Baton Rouge, Louisiana 70802
Telephone: (225) 478-4122
Facsimile: (225) 478-4172
Email: plaborde@dudleydebosier.com
**Counsel for Movers, Brett Lirette and Diana King**