# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § § § | CASE NO: 22-10968 |
| JASON C. ADAMS | § § | CHAPTER 7 |
| DEBTOR. | § § § | SECTION A |

## ORDER ON MOTION FOR RELIEF FROM STAY

The Court held an expedited hearing on August 30, 2022, to consider the *Emergency Motion To Lift Bankruptcy Stay* (the "Motion"), [ECF Doc. 10], filed on behalf of Brett Lirette and Diana King ("Movants"), to modify the automatic stay under 11 U.S.C. §362 (the "Stay") to permit them to continue to prosecute that certain state court suit styled *Brett Lirette and Diana King v. Jason C. Adams,* Docket 16-5383 in the Civil District Court, Parish of Orleans, State of Louisiana (the "State Court Suit"). Jason C. Adams ("Debtor") filed the only Objection, [ECF Doc. 18], to the relief sought.

For the reasons on the record,

**IT IS ORDERED** that the Objection is **OVERRULED,** and the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the Stay is hereby modified and vacated such that Movants, the Debtor, and his insurers may continue prosecution and defense of the claims against the Debtor and the Debtor's insurers in the State Court Suit, including any pending appeals, writs, or other appellate proceedings arising out of the State Court Suit.

**IT IS FURTHER ORDERED** that Movants may enforce any judgment against the Debtor's insurers but may not enforce a judgment against the Debtor or the Debtor's property without additional Court approval.

**IT IS FURTHER ORDERED** that Movant shall serve this Order on the required parties who will not receive a copy through the ECF system pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, August 31, 2022.

 

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE