UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | * | CASE NO: 22-10968 | |
| ADAMS, JASON C. | * | CHAPTER 7 | |
| *Debtor(s)* | * | SECTION A | |

### INTERIM REPORT OF TRUSTEE

1. Report number IV for the period ending:     9/2/2025

2. Date of section 341(a) meeting:     09/22/2022
   Date appointment accepted:     08/26/2022

3. Funds on hand (from the Estate Cash Receipts and Disbursements Record – Form 2)

   Total net receipts:     $208,561.30
   Total net disbursements:     $134,484.63
   Checking balance:     $74,076.67

The amount of the Trustee's bond is: Blanket Bond $25,365,767.00 which is sufficient to cover the assets listed.

4. The value of assets remaining to be liquidated:     $7,000.00
   (From Individual Estate Property Record – Form 1, total of column 6)
   Assets for which insurance coverage has been obtained: None

5. Projected total value to be realized (total of 3 + 4):     $81,076.67

6. Major activities during the reporting period not reflected in the Individual Estate Property Record and Form 2:
   Next Activity AND
   Matters Pending, Date of Hearing or Sale, and other Action:

TRUSTEE'S ATTORNEY IS PURSUING ADVERSARY NOS. 24-01018 AND 24-01019. TRUSTEE'S COUNSEL IS ALSO NEGOTIATING WITH ALL PARTIES IN INTEREST REGARDING A GLOBAL COMPROMISE.

7. Projected date of final report: 12/31/2025

Trustee's Signature: _____
WILBUR J. "BILL" BABIN, JR.
3027 RIDGELAKE DRIVE
METAIRIE, LA 70002
(504) 833-8668

Date: 9/2/2025